**Order filed August 14, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00355-CV

_____

## IN THE INTEREST OF A.J.J. & E.G.J., CHILDREN

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-39673**

---

## O R D E R

Appellant's brief was due July 26, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 29, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM